YUAN LI, CA Bar #326609
Demidchik Law Firm, PC
17800 Castleton Street, Suite 605
City of Industry, CA  91748
Telephone: 626.317.0033
Fax: 212.810.7257

Attorney for Defendant
KEN MORI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:22-po-00028-SAB-1 |
| Plaintiff, | STIPULATION TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE AND TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | |
| KEN MORI, | Date:  July 5, 2022 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Yuan Li, counsel for defendant KEN MORI, that Citation No. E1037524 shall be resolved by payment of a fixed-sum in lieu of Mr. Mori's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410. Mr. Mori is an oversea student with a F1 non-immigration visa. Any criminal conviction may cause negative impact on Mr. Mori's immigration status, including his chance of obtaining a new visa and being admitted by the CBP. Specifically, Mr. Mori agrees to pay a $200 forfeiture amount and $30 processing fee and agrees to pay the amount in full prior to September 15, 2022. The parties further request that the Court continue the July 5, 2022 status conference to September 15, 2022, with the understanding that, should Mr. Mori pay the forfeiture amount and processing fee before the September 15, 2022 status conference, the matter is resolved and his appearance will be unnecessary.

/ / /

/ / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 1, 2022                         */s/ Jeffrey Spivak*
                                           JEFFREY SPIVAK
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


Date: July 1, 2022                         */s/ Yuan Li*
                                           YUAN LI
                                           Attorney for Defendant
                                           KEN MORI


**ORDER**

**IT IS SO ORDERED.** The Court continues the status conference currently scheduled for July 5, 2022, to September 6, 2022, at 10:00 a.m. If the defendants pay the $200 forfeiture amount and $30 processing fee prior to the September 6, 2022 status conference, the matter will be closed.

IT IS SO ORDERED.

Dated:   **July 5, 2022**                  _____
                                           UNITED STATES MAGISTRATE JUDGE